# WOLFE, TIDWELL & McCOY, LLP

*ATTORNEYS & COUNSELORS*

DALLAS | FRISCO | SHERMAN

RECEIVED IN
The Court of Appeals
Sixth District

DEC 2 8 2015

Texarkana, Texas
Debra Autrey, Clerk

SHERMAN
320 N. TRAVIS STREET, SUITE 205
SHERMAN, TEXAS 75090
Tel (903) 868-1933
Fax (903) 892-2397

December 21, 2015

*VIA U.S. First Class Mail*
Ms. Kim Robinson, Deputy Clerk
Court of Appeals, Sixth Appellate District
Bi-State Justice Building
100 North State Line Ave. #20
Texarkana, TX 75501

*VIA Certified Mail, RRR #7015 0640 0007 0073 4079*
Mr. Ricky J. Shugart
#1917471
1391 FM 3328
Tennessee Colony, TX 75800

RE: Appellate Case No. 06-15-00101-CV / Trial Court No. CV-15-42338
*Ricky J. Shugart v. David Thompson, et al*

Dear Ms. Robinson and Mr. Shugart:

I was not served with any of the documents referenced in the Clerk's letter dated December 18, 2015, including Appellant's Docketing Statement, Appellant's Motion for Appeal to be Taken on the Record and Permission to Omit Case Law Excerpts from Appendix and Appellant's Motion to Recognize Post-Judgment Filings. Therefore, I cannot determine what was filed or whether a response is required on behalf of my clients. Accordingly, I request service of a copy of the filings.

Thank you for your assistance with this matter.

Sincerely,

James C. Tidwell

JCT/trt
cc: Ms. Nancy Young, Fannin County District Clerk
Fannin County Courthouse
101 E. Sam Rayburn Dr., Ste. 201
Bonham, TX 75418